IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ASHCRAFT                                                      PLAINTIFF

v.                              No. 3:25-cv-135-DPM

DOES                                                                DEFENDANTS

ORDER

**1.** Ashcraft hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 25 August 2025. If he doesn't, his case will be dismissed without prejudice. Local Rule 5.5(c)(2).

**2.** The Court directs the Clerk to mail Ashcraft an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Ashcraft will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2025