# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**THOMAS ASHCRAFT**                                                                 **PLAINTIFF**

v.                                            No. 3:25-cv-135-DPM

**DOES**                                                                            **DEFENDANTS**

## JUDGMENT

Ashcraft's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2025